**UNITED**
**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**      25-1125

| | |
|---|---|
| **UNITED STATES OF AMERICA** ] | Magistrate Case No. 9275667 (Class A) |
| ] | 9275669 (Class A) |
| v. ] | |
| ] | |
| **JOSHUA DELACRUZ** ] | |
| ] | **C O M P L A I N T** |
| ] | Offense on a Federal Reservation |

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Anthony S. FrancoKopec,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **16th day of May 2025,** at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**JOSHUA DELACRUZ** did commit:

Conspiracy to commit offense / defraud USA in violation of 18 U.S.C. 371 and

Introducing contraband (cell phones) into prison in violation of U.S.C. 1791(f).

The name of the Complainant is **Anthony S. FrancoKopec.**

_____
**ANTHONY S. FRANCOKOPEC, DAF, Civ**
**Special Assistant United States Attorney**

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 26TH DAY OF JUNE 2025.

_____
**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

6/26/25 NK 8/12/25 NK 11/18/25

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 16**, 20**25** while exercising my duties as a law enforcement officer in the **Federal** District of **NJ**

Subject did knowingly and intentionally conspire w/ others to commit an offense against the U.S. by attempting to introduce illegal contraband via drone into Ft. Dix-FCI, in violation of 18 USC 371.

The foregoing statement is based upon:
- ✓ my personal observation
- ✓ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **May 16, 2025**    Officer's Signature: [signed]
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

CVB SCAN 06/10/2025 11:5

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 16**, 20**25** while exercising my duties as a law enforcement officer in the **Federal** District of **NJ**

Subject did knowingly and purposely attempt to provide Prohibited Contraband, Specifically Cell phones, into FCI Fort Dix FCI in violation of 18 USC 1791(F)

The foregoing statement is based upon:

✓ my personal observation   ✓ my personal investigation

− information supplied to me from my fellow officer's observation

− other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **May 16, 2025**   Officer's Signature: _____

Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____

Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 06/10/2025 11:5